IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

RICHARD A. JESSIE, :
:
    Plaintiff, :
: Civil Docket #:  04-01287-SLR
V. :
:
THERON L. QUEEN, :
:
    Defendant. :

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** between the parties to this action, through the undersigned counsel, that all claims against the defendant are dismissed with prejudice.

| | |
|---|---|
| MORRIS JAMES HITCHENS & WILLIAMS, LLP | The Law Office of Allan Wendelburg |
| *(signature)* | *(signature)* |
| Francis J. Jones, Jr. (Bar I.D. # 2134)<br>803 N. Broom Street<br>P. O. Box 2328<br>Wilmington, DE  19899-2328<br>(302) 655-2599<br>Attorney for Plaintiff | Allan Wendelburg, Esq. (Bar I.D. #981)<br>131 Continental Drive<br>Suite 407<br>Newark, DE  19713<br>(302) 292-6660<br>Attorney for Defendant |

12/14/05

FJJ/108915-0001/1313244/1